UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 1 5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR650 AGF/JMB |
| CONNER BOWERS, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I
**(Use of Interstate Facilities to Promote Prostitution)**

The Grand Jury charges:

On or about December 6, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**CONNER BOWERS,**

did knowingly use facilities in interstate commerce with the intent, or attempt, to promote, manage, establish, or carry on an unlawful activity, to wit: prostitution, and thereafter did, or attempt to, knowingly promote, manage, establish or carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

### COUNT II
**(Mann Act)**

The Grand Jury further charges:

On or about December 6, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**CONNER BOWERS,**

did knowingly attempt to transport, an individual in interstate commerce from the State of Oregon to the State of Missouri with the intent that such individual engage in the business of prostitution in violation of a criminal offense under the laws of Missouri Statute.

In violation of Title 18, United States Code, Section 2421(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney